WILL OF HUEBNER: EHRLICHMAN, Appellant, vs. MASON, Respondent.

For the appellant: *Samuel E. Gross* and *Lines, Spooner & Quarles,* attorneys, and *Leo Mann* of counsel, all of Milwaukee.

For the respondent: *Houghton, Neelen & Houghton* and *Royden E. Webster,* all of Milwaukee.

*By the Court.*—Judgment affirmed.